UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIO PULIDO SEGURA, et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>C. BASS, et al.,<br>　　　　　Defendants. | Case No. 24-cv-06667-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. For the reasons set forth below, the Court DISMISSES this action without prejudice pursuant to N.D. Cal. L.R. 3-11. On February 13, 2025, Plaintiff informed the Court that he would be released from prison on or about March 28, 2025, and be deported to Mexico. ECF No. 21. On May 1, 2025, the Court ordered Plaintiff to inform the Court of his new address by May 29, 2025, and ordered Defendants to serve the May 1, 2025 order on Plaintiff at the forwarding address which he had provided to the CDCR upon his release. The Court instructed Plaintiff that failure to comply with the Court's order by the deadline could result in dismissal of the action without prejudice for failure to prosecute or failure to comply with a court order. ECF No. 22. On May 7, 2025, Defendants informed the Court that they were unable to comply with the Court's May 1, 2025 Order because they did not have a current address for Plaintiff. Defendants stated that they had contacted Plaintiff's assigned parole agent who informed them that on March 28, 2025, Plaintiff paroled into ICE custody from San Quentin Rehabilitation Center, and that on March 29, 2025, Plaintiff was deported to Mexico. The parole agent stated that she did not have an address for Plaintiff in Mexico. ECF No. 24.

　　　　The Court and Defendants are unable to contact Plaintiff because he has not provided any

1  contact information.  Plaintiff has not communicated with the Court since February 21, 2025, and
2  appears to be no longer prosecuting this case.  The Court therefore DISMISSES this action for
3  failure to comply with the Court's May 1, 2025 Order (ECF No. 22) and for failure to prosecute.
4  This dismissal is without prejudice to Plaintiff filing a motion to re-open that sets forth good cause
5  for his failure to respond to the Court's May 1, 2025 Order (ECF No. 22).
6      Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk shall close the
7  case.
8      **IT IS SO ORDERED.**
9      Dated:  October 6, 2025



JON S. TIGAR
United States District Judge